## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

JULIE TUTTLE, individually and  :
on behalf of the ESTATE OF  :
MICHAEL PAUL TUTTLE, et al.,  :  CASE NO. 1:20-cv-04744
                :
     Plaintiff,       :
                :  JUDGE LEIGH MARTIN MAY
v.                 :
                :
DEXCOM, INC., et al.,      :
                :
     Defendant.     :

## DEFENDANT DEXCOM, INC.'S MOTION TO DISMISS AND REQUEST FOR ORAL ARGUMENT

Defendant Dexcom, Inc., by and through its undersigned counsel, respectfully requests that the Court enter an order dismissing plaintiff's Complaint. In support of its motion, Dexcom submits its Brief in Support of its Motion to Dismiss, filed concurrently herewith, and the exhibits attached thereto. As set forth in the accompanying brief, plaintiff's claims are preempted by federal law. Plaintiff also fails to state any claims and fails to allege sufficient facts to state any claims against Dexcom. Accordingly, plaintiff's Complaint should be dismissed.

Dated:      December 18, 2020      Respectfully submitted,

/s/ Zachary H. Fuller

Paul E. Weathington
Georgia Bar No. 743120
Zach H. Fuller
Georgia Bar No. 641810
THE WEATHINGTON FIRM ATTORNEYS AT
LAW
191 Peachtree St., N.E. Ste. 3900,
Atlanta, Georgia 30303
Tel: (404) 524-1600/Fax: (404) 524-1610
pweathington@weathington.com
zfuller@weathington.com

Paul J. Cosgrove
(Pro Hac Vice forthcoming)
Mary Lynn Tate
(Pro Hac Vice forthcoming)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Tel: (513) 698-5000/Fax: (513) 698-5001
pcosgrove@ulmer.com
mtate@ulmer.com

Georgia Hatzis
(Pro Hac Vice forthcoming)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113
(216) 583-7000/(216) 583-7001 (fax)
ghatzis@ulmer.com

**ATTORNEYS FOR DEXCOM, INC.**

## <u>CERTIFICATION AS TO FONT</u>

Counsel certifies that this pleading has been prepared in Times New Roman font in 14-point type.

*/s/ Zach Fuller*
Paul E. Weathington
Georgia Bar No. 743120
Zachary H. Fuller
Georgia Bar No. 641810

WEATHINGTON, LLC ATTORNEYS AT LAW
191 Peachtree St., N.E. Ste. 3900,
Atlanta, Georgia 30303
Tel: (404) 524-1600/Fax: (404) 524-1610
pweathington@weathington.com
zfuller@weathington.com
**ATTORNEYS FOR DEXCOM, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2020, I have caused the foregoing to be filed and served upon all counsel of record via ECF.

*/s/ Zachary H. Fuller*