**Mike Tuttle**

Patterns Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |

## ① Mike's best glucose day was September 18, 2019

Mike's glucose data was in the target range about 97% of the day.

**Wed, Sep 18, 2019**



Glucose (mg/dL) — 300, 200, 100 — 180, 150, 80, 70 — 12am, 3, 6, 9, 12pm, 3, 6, 9, 12am

### Statistics for this day

**123**
mg/dL
Average glucose (CGM)

**31**
mg/dL
Standard deviation (CGM)

1%
97%
2%
0%

Time in range

### Legend

- CALIBRATIONS
- CARBS
- HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

### Clinician's Notes

### What preceded this pattern?

- Insulin
- Meals
- Exercise
- Stress
- Medicine
- Health

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 · Dexcom CLARITY v3.24.2 · PN 350-0011 · DOM 2019-11-08          Page 1 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019

# Mike's Daily View

## Legend

- CALIBRATIONS
- CARBS
- HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

### Sat, Nov 9, 2019

| | | | |
|---|---|---|---|
| 5:17 AM Low | 5:52 AM Urgent Low Soon | 5:07 PM Urgent Low Soon | 5:32 PM Low |
| 6:52 PM 100 mg/dL | | | |

### Fri, Nov 8, 2019

| | | | | |
|---|---|---|---|---|
| 3:27 AM Low | 4:37 AM Low | 5:52 AM Low | 1:47 PM High | 2:52 PM High |

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.





**Mike's Daily View**

**Legend**

- ◉ CALIBRATIONS
- CARBS
- ♥ HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- 🏃 EXERCISE
- MULTIPLE EVENTS

**Thu, Nov 7, 2019**

| 12:32 AM | 1:02 AM | 2:12 AM | 8:37 AM |
|---|---|---|---|
| Urgent Low | Urgent Low | High | Urgent Low Soon |

| 8:47 AM | 9:02 AM | 9:07 AM | 9:16 AM |
|---|---|---|---|
| Urgent Low Soon | Urgent Low | Urgent Low Soon | Low |

| 11:07 AM | 5:12 PM | | |
|---|---|---|---|
| High | High | | |

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08          Page 3 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.



# Mike's Daily View

**Legend**

- ◷ CALIBRATIONS
- ▯ CARBS
- ♥ HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ▯ ALERTS
- EXERCISE
- MULTIPLE EVENTS

**Wed, Nov 6, 2019**

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019

| 1:37 AM<br>Urgent Low Soon | 1:42 AM<br>Urgent Low | 3:37 AM<br>Low | 3:42 AM<br>Urgent Low |
| 4:32 AM<br>Low | 9:22 AM<br>High | 3:57 PM<br>Low | 4:07 PM<br>Urgent Low Soon |
| 4:22 PM<br>Low | 5:37 PM<br>Low | 5:57 PM<br>Urgent Low Soon | 6:07 PM<br>Urgent Low |
| 8:52 PM<br>High | 11:47 PM<br>Urgent Low Soon | 11:52 PM<br>Urgent Low | |

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST       00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08       Page 4 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.



**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019

# Mike's Daily View

## Legend

- CALIBRATIONS
- CARBS
- HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

### Tue, Nov 5, 2019

Glucose (mg/dL)

| | | | |
|---|---|---|---|
| 7:02 PM High | 7:12 PM 253 mg/dL | 8:37 PM Fall Rate | 8:52 PM Urgent Low Soon |
| 8:59 PM 81 mg/dL | 9:32 PM Urgent Low Soon | 9:37 PM Urgent Low | 10:22 PM Urgent Low |
| 10:42 PM Rise Rate | | | |

### Mon, Nov 4, 2019

Glucose (mg/dL)

| | | | |
|---|---|---|---|
| 1:07 AM High | 6:37 AM High | 3:07 PM Low | 3:19 PM 59 mg/dL |
| 4:42 PM High | 7:27 PM High | 9:07 PM Urgent Low Soon | |

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



## Mike's Daily View

**Legend**

- CALIBRATIONS
- CARBS
- HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

### Sun, Nov 3, 2019

| ● 12:17 AM High | ● 12:57 AM High | ● 8:07 AM Low | ● 9:12 AM High |
| ● 3:42 PM Urgent Low Soon | ● 3:57 PM Low | ● 6:32 PM High | ● 6:52 PM High |
| ● 11:02 PM Low | | | |

### Sat, Nov 2, 2019

| ● 8:32 AM High | ● 12:52 PM Urgent Low Soon | ● 1:08 PM Low | ● 1:22 PM Rise Rate |
| ● 2:12 PM High | ● 5:27 PM High | ● 7:47 PM Low | ● 11:37 PM High |

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST     00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08     Page 6 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.



**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019

# Mike's Daily View

## Legend

CALIBRATIONS

CARBS

HEALTH

FAST-ACTING INSULIN / INSULIN

LONG-ACTING INSULIN

ALERTS

EXERCISE

MULTIPLE EVENTS

### Fri, Nov 1, 2019

Glucose (mg/dL)

| | | | |
|---|---|---|---|
| 12:32 AM High | 12:32 PM High | 12:43 PM 228 mg/dL | 4:47 PM Urgent Low Soon |
| 4:57 PM Low | 5:47 PM High | 7:37 PM High | |

### Thu, Oct 31, 2019

Glucose (mg/dL)

| | | | | |
|---|---|---|---|---|
| 10:32 AM High | 3:32 PM High | 5:42 PM High | 10:37 PM High | 10:57 PM High |

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

Mike Tuttle

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |



## Mike's Daily View

**Legend**

- CALIBRATIONS
- CARBS
- HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

**Wed, Oct 30, 2019**

Glucose (mg/dL)

| ♠ 10:57 AM High | ♠ 7:03 PM High | ♠ 8:12 PM High | ♠ 11:02 PM High |

**Tue, Oct 29, 2019**

Glucose (mg/dL)

| ♠ 1:08 AM Low | ♠ 8:42 AM Low | ♠ 9:07 AM Low | ♠ 2:22 PM High | ⊙ 3:27 PM 290 mg/dL | ♠ 9:38 PM Low |
| ♠ 11:23 PM Low | | | | | |

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08          Page 8 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



↑ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST     00386270000491 · Dexcom CLARITY v3.24.2 · PN 350-0011 · DOM 2019-11-08     Page 9 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



# Mike's Daily View

**90 days** | Mon Aug 12, 2019 - Sat Nov 9, 2019

### Legend

- ○ CALIBRATIONS
- 🗂 CARBS
- ♥ HEALTH
- ● FAST-ACTING INSULIN / INSULIN
- 💊 LONG-ACTING INSULIN
- 🗂 ALERTS
- 🏃 EXERCISE
- 🗂 MULTIPLE EVENTS

**Fri, Oct 25, 2019**

**Thu, Oct 24, 2019**

| ● 10:13 AM | ○ 2:33 PM | ● 2:43 PM | ● 5:53 PM |
|---|---|---|---|
| High | 185 mg/dL | High | High |

**Wed, Oct 23, 2019**

| ● 4:58 PM | ● 5:13 PM |
|---|---|
| High | High |

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



**Mike's Daily View**

**Legend**

- ⊙ CALIBRATIONS
- 🃑 CARBS
- ♥ HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

**Tue, Oct 22, 2019**

| ♦ 1:58 AM Low | ♦ 2:03 AM Urgent Low Soon | ♦ 2:08 AM Low | ♦ 10:38 AM High |
|---|---|---|---|
| ♦ 5:18 PM High | ♦ 7:03 PM High | ♦ 11:48 PM High | |

**Mon, Oct 21, 2019**

| ♦ 8:38 AM High | ♦ 11:08 AM High |
|---|---|

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |



## Mike's Daily View

**Legend**

- ⊙ CALIBRATIONS
- 🗒 CARBS
- ♥ HEALTH
- 💉 FAST-ACTING INSULIN / INSULIN
- 📱 LONG-ACTING INSULIN
- 📱 ALERTS
- 🏃 EXERCISE
- 📱 MULTIPLE EVENTS

**Sun, Oct 20, 2019**

| ▸ 4:23 AM Low | ▸ 11:53 AM High | ▸ 5:38 PM Low | ▸ 6:43 PM Low | ▸ 10:03 PM High | ▸ 10:23 PM High |

**Sat, Oct 19, 2019**

| ▸ 3:23 PM High | ▸ 5:28 PM High | ▸ 7:43 PM Urgent Low Soon | ▸ 8:08 PM Urgent Low |
| ▸ 8:13 PM Urgent Low Soon | ▸ 11:48 PM High | | |

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 · Dexcom CLARITY v3.24.2 · PN 350-0011 · DOM 2019-11-08          Page 12 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



# Mike's Daily View

### Legend

- ⊙ CALIBRATIONS
- 🍴 CARBS
- ♥ HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ⚠ ALERTS
- 🏃 EXERCISE
- MULTIPLE EVENTS

**Fri, Oct 18, 2019**

| 🍴 11:18 AM | 🍴 5:03 PM | ⊙ 8:59 PM |
|---|---|---|
| High | High | 119 mg/dL |

**Thu, Oct 17, 2019**

| 🍴 2:38 PM | 🍴 4:48 PM | ⊙ 7:23 PM | 🍴 7:48 PM |
|---|---|---|---|
| High | High | 182 mg/dL | High |

**Wed, Oct 16, 2019**

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST    00386270000491 · Dexcom CLARITY v3.24.2 · PN 350-0011 · DOM 2019-11-08    Page 13 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019

# Mike's Daily View

## Legend

- CALIBRATIONS
- CARBS
- HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

### Tue, Oct 15, 2019

### Mon, Oct 14, 2019

### Sun, Oct 13, 2019

### Sat, Oct 12, 2019

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.



**Mike Tuttle** Daily Report Generated at: Wed, Nov 13, 2019 3:07 PM EST

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019

# Mike's Daily View

## Legend

CALIBRATIONS
CARBS
HEALTH
FAST-ACTING INSULIN / INSULIN
LONG-ACTING INSULIN
ALERTS
EXERCISE
MULTIPLE EVENTS

### Fri, Oct 11, 2019

### Thu, Oct 10, 2019

### Wed, Oct 9, 2019

### Tue, Oct 8, 2019

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.



**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08          Page 16 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST        00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08        Page 17 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



↑ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST    00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08    Page 18 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



↑ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08          Page 19 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019



# Mike's Daily View

**Legend**

- ◐ CALIBRATIONS
- 🔲 CARBS
- ♥ HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

### Sun, Sep 22, 2019

| ♥ 12:39 AM High | ♥ 1:44 AM High | ♥ 2:04 PM High | ♥ 8:09 PM High |

### Sat, Sep 21, 2019

| ♥ 2:24 PM High | ♥ 10:14 PM High | ♥ 10:39 PM High | ♥ 11:14 PM High |

### Fri, Sep 20, 2019

| ♥ 7:04 AM High | ♥ 9:24 PM High |

↟ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 · Dexcom CLARITY v3.24.2 · PN 350-0011 · DOM 2019-11-08          Page 20 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

[ 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 ]



⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST        00386270000491 · Dexcom CLARITY v3.24.2 · PN 350-0011 · DOM 2019-11-08        Page 21 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |



## Mike's Daily View

**Legend**

⊙ CALIBRATIONS    🎴 CARBS    ♥ HEALTH    ▮ FAST-ACTING INSULIN / INSULIN

🎴 LONG-ACTING INSULIN    🎴 ALERTS    🏃 EXERCISE    🎴 MULTIPLE EVENTS

**Mon, Sep 16, 2019**

| ♥ 12:29 AM Low | ♥ 1:24 AM Urgent Low Soon | ♥ 1:49 AM Low | ♥ 2:49 AM Urgent Low Soon |
| ♥ 2:59 AM Urgent Low | ♥ 6:24 AM Urgent Low Soon | ♥ 6:44 AM Low | ♥ 6:49 AM Urgent Low Soon |
| ♥ 7:04 AM Urgent Low | | | |

**Sun, Sep 15, 2019**

| ♥ 8:35 AM Low | ♥ 9:09 AM Low | ♥ 9:24 AM Low | ♥ 9:54 AM Low |
| ♥ 4:09 PM Urgent Low Soon | ♥ 4:14 PM Urgent Low | ♥ 4:49 PM Low | |

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08          Page 22 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019



## Mike's Daily View

**Legend**

- CALIBRATIONS
- CARBS
- HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

**Sat, Sep 14, 2019**

Glucose (mg/dL)

| 12:15 AM | 1:20 PM | 1:40 PM | 2:00 PM |
|---|---|---|---|
| High | High | High | High |

**Fri, Sep 13, 2019**

Glucose (mg/dL)

| 8:55 PM | 9:35 PM | 11:15 PM |
|---|---|---|
| High | High | High |

**Thu, Sep 12, 2019**

Glucose (mg/dL)

| 9:26 AM | 11:14 AM | 4:02 PM | 4:50 PM |
|---|---|---|---|
| 205 mg/dL | 141 mg/dL | 181 mg/dL | High |

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle** Daily Report Generated at: Wed, Nov 13, 2019 3:07 PM EST

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019

# Mike's Daily View

## Legend

- CALIBRATIONS
- CARBS
- HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

### Wed, Sep 11, 2019

| | |
|---|---|
| **7:20 AM** Low | **7:00 PM** High |

### Tue, Sep 10, 2019

### Mon, Sep 9, 2019

| | |
|---|---|
| **7:40 PM** Urgent Low Soon | **10:25 PM** High |

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.



**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |



⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08
Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019

## Mike's Daily View

### Legend

- ⊙ CALIBRATIONS
- 🍴 CARBS
- ♥ HEALTH
- 💉 FAST-ACTING INSULIN / INSULIN
- 💊 LONG-ACTING INSULIN
- 🔔 ALERTS
- 🏃 EXERCISE
- ▤ MULTIPLE EVENTS



**Fri, Sep 6, 2019**

| ♥ 4:25 AM Low | ♥ 7:40 AM Low | ♥ 7:45 AM Urgent Low Soon | ♥ 7:57 AM Low |
|---|---|---|---|
| ♥ 12:40 PM High | ♥ 5:15 PM Urgent Low Soon | ♥ 6:15 PM Urgent Low Soon | ♥ 6:40 PM Urgent Low |
| ♥ 9:40 PM High | | | |

**Thu, Sep 5, 2019**

| ♥ 11:40 AM High | ⊙ 7:49 PM 111 mg/dL |
|---|---|

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



↑ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

**90 days** | **Mon Aug 12, 2019 - Sat Nov 9, 2019**



## Mike's Daily View

**Legend**

- ☉ CALIBRATIONS
- 🔢 CARBS
- ♥ HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

**Sun, Sep 1, 2019**

| 📍 1:33 AM | 📍 11:08 AM | 📍 1:08 PM | 📍 4:28 PM | 📍 6:03 PM |
|-----------|------------|-----------|-----------|-----------|
| High | High | High | High | High |

**Sat, Aug 31, 2019**

| 📍 2:43 PM | 📍 6:08 PM | 📍 8:08 PM | 📍 10:58 PM | 📍 11:53 PM |
|-----------|-----------|-----------|------------|------------|
| High | High | High | Fall Rate | High |

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST        00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08        Page 28 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |

## Mike's Daily View

### Legend

- CALIBRATIONS
- CARBS
- HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

**Fri, Aug 30, 2019**

Glucose (mg/dL)

| 12:43 AM Low | 1:48 AM Rise Rate | 1:53 AM High | 6:18 AM Urgent Low Soon |
| 6:38 AM Urgent Low | 6:43 AM Urgent Low Soon | 6:50 AM Low | 8:53 AM High |
| 7:58 PM High | 11:13 PM High | | |

**Thu, Aug 29, 2019**

Glucose (mg/dL)

| 3:48 PM High | 4:58 PM High |

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08          Page 29 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019

# Mike's Daily View

## Legend

CALIBRATIONS
CARBS
HEALTH
FAST-ACTING INSULIN / INSULIN
LONG-ACTING INSULIN
ALERTS
EXERCISE
MULTIPLE EVENTS

### Wed, Aug 28, 2019

Glucose (mg/dL)

| | | |
|---|---|---|
| 12:58 PM High | 5:23 PM High | 7:58 PM High |

### Tue, Aug 27, 2019

Glucose (mg/dL)

| | | | |
|---|---|---|---|
| 9:53 AM High | 1:13 PM High | 3:20 PM 265 mg/dL | 8:48 PM Fall Rate |

### Mon, Aug 26, 2019

Glucose (mg/dL)

| | | |
|---|---|---|
| 4:28 AM Low | 3:43 PM High | 6:58 PM High |

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle** Daily Report Generated at: Wed, Nov 13, 2019 3:07 PM EST

90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019

# Mike's Daily View

## Legend

CALIBRATIONS
CARBS
HEALTH
FAST-ACTING INSULIN / INSULIN
LONG-ACTING INSULIN
ALERTS
EXERCISE
MULTIPLE EVENTS

### Sun, Aug 25, 2019

| 1:58 PM | 7:28 PM | 8:58 PM |
|---|---|---|
| High | High | High |

### Sat, Aug 24, 2019

| 12:13 PM | 12:48 PM | 3:43 PM | 10:53 PM |
|---|---|---|---|
| High | High | High | High |

### Fri, Aug 23, 2019

| 7:23 AM | 9:33 AM | 9:48 AM | 7:28 PM |
|---|---|---|---|
| High | High | High | High |

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



## Mike's Daily View

**Legend**

- ◉ CALIBRATIONS
- 🔢 CARBS
- ♥ HEALTH
- 🔋 FAST-ACTING INSULIN / INSULIN
- 💊 LONG-ACTING INSULIN
- ⚠ ALERTS
- 🏃 EXERCISE
- ▤ MULTIPLE EVENTS

**90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019**

### Thu, Aug 22, 2019

Glucose (mg/dL)

| | 10:03 PM | 10:48 PM |
|---|---|---|
| | High | High |

### Wed, Aug 21, 2019

Glucose (mg/dL)

| | 12:58 AM | 2:28 PM | 10:38 PM |
|---|---|---|---|
| | High | High | High |

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08          Page 33 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST        00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08        Page 34 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |

# Mike's Daily View

### Legend

- ◐ CALIBRATIONS
- 🔲 CARBS
- ♥ HEALTH
- FAST-ACTING INSULIN / INSULIN
- 🔲 LONG-ACTING INSULIN
- 🔲 ALERTS
- 🏃 EXERCISE
- 🔲 MULTIPLE EVENTS



**Fri, Aug 16, 2019**

| 3:28 AM | 6:58 AM | 10:28 AM | 4:08 PM | 8:03 PM | 8:58 PM |
|---------|---------|----------|---------|---------|---------|
| Low | Low | High | High | High | High |

**Thu, Aug 15, 2019**

| 6:43 AM | 6:53 AM | 11:35 AM | 1:38 PM |
|---------|---------|----------|---------|
| Urgent Low Soon | Low | 109 mg/dL | Urgent Low Soon |

| 1:53 PM | 2:33 PM | 2:58 PM | 3:23 PM |
|---------|---------|----------|---------|
| Urgent Low | Low | Rise Rate | High |

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |

# Mike's Daily View

### Legend

- CALIBRATIONS
- CARBS
- HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- EXERCISE
- MULTIPLE EVENTS

Wed, Aug 14, 2019



| ⚫ 3:18 AM | ⚫ 7:18 AM | ⊙ 7:21 AM | ⚫ 8:33 AM | ⚫ 11:28 AM |
|---|---|---|---|---|
| Low | Low | 61 mg/dL | High | High |

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST



| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |

## Mike's Daily View

### Legend

- ⏣ CALIBRATIONS
- 🗋 CARBS
- ♥ HEALTH
- FAST-ACTING INSULIN / INSULIN
- LONG-ACTING INSULIN
- ALERTS
- 🏃 EXERCISE
- MULTIPLE EVENTS

**Tue, Aug 13, 2019**

Glucose (mg/dL)

| 1:08 AM Urgent Low Soon | 1:33 AM Urgent Low Soon | 1:48 AM Urgent Low | 2:03 AM Low |
| 3:48 AM Low | 4:23 AM Low | 4:33 AM Low | 5:03 AM Urgent Low |
| 5:53 AM Low | 6:08 AM Urgent Low | 7:18 AM Low | 7:23 AM Urgent Low Soon |
| 7:33 AM Urgent Low | 12:58 PM Low | 1:53 PM Low | 1:58 PM Urgent Low Soon |
| 2:13 PM Urgent Low | 2:16 PM 100 mg/dL | 2:50 PM 120 mg/dL | 3:09 PM 140 mg/dL |
| 5:23 PM High | 7:53 PM Urgent Low Soon | 7:58 PM Urgent Low | 8:00 PM 46 mg/dL |
| 8:28 PM Rise Rate | 9:03 PM High | | |

**Mike Tuttle**

Daily Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

**90 days** | **Mon Aug 12, 2019 - Sat Nov 9, 2019**

## Mike's Daily View

**Legend**

- ⟲ CALIBRATIONS
- 🔢 CARBS
- ♥ HEALTH
- 💉 FAST-ACTING INSULIN / INSULIN
- 💊 LONG-ACTING INSULIN
- ⚠ ALERTS
- ▣ EXERCISE
- ▤ MULTIPLE EVENTS

**Mon, Aug 12, 2019**



| ♥ 9:33 AM | ♥ 10:08 AM | ♥ 10:23 AM | ♥ 1:23 PM |
|---|---|---|---|
| Low | Urgent Low Soon | Urgent Low | Low |

| ♥ 1:38 PM | ♥ 2:03 PM | ♥ 2:08 PM | ♥ 2:13 PM |
|---|---|---|---|
| Low | Urgent Low | Urgent Low Soon | Low |

| ♥ 5:33 PM |
|---|
| High |

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.

**Mike Tuttle**

Daily Statistics Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |

⚙ 6:00 AM - 10:00 PM  ■ Urgent low < 55  ■ Low 55 - 70  ■ In range 70 - 180  ■ High > 180
☾ 10:00 PM - 6:00 AM  ■ Urgent low < 55  ■ Low 55 - 80  ■ In range 80 - 150  ■ High > 150

| 📅 Daily Statistics | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| Time in Range | | | | | | | |
| % High | 25 | 30 | 21 | 33 | 40 | 42 | 44 |
| % In Range | 68 | 60 | 74 | 64 | 54 | 56 | 54 |
| % Low | 6 | 8 | 5 | 2 | 6 | 2 | 2 |
| % Urgent Low | 1 | 2 | 0 | 1 | 0 | 0 | 0 |
| # Readings | 2307 | 2394 | 2450 | 2231 | 2300 | 2644 | 2455 |
| Min | 39 | 44 | 39 | 39 | 50 | 56 | 44 |
| Max | 367 | 401 | 289 | 343 | 298 | 341 | 401 |
| Mean | 142 | 143 | 136 | 157 | 161 | 167 | 171 |
| Std. Dev. | 55 | 58 | 48 | 55 | 60 | 67 | 70 |
| Quartile 25 | 99 | 96 | 94 | 118 | 111 | 111 | 118 |
| Median | 136 | 135 | 133 | 147 | 156 | 152 | 161 |
| Quartile 75 | 172 | 181 | 166 | 189 | 211 | 210 | 210 |
| IQR | 73 | 85 | 72 | 71 | 100 | 99 | 92 |
| IQ Std. Dev. | 20 | 22 | 21 | 20 | 30 | 28 | 25 |
| SD Mean | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| %CV | 39 | 41 | 35 | 35 | 38 | 40 | 41 |

**Mike Tuttle**

Hourly Statistics Report

Generated at: Wed, Nov 13, 2019 3:07 PM EST

| 90 days | Mon Aug 12, 2019 - Sat Nov 9, 2019 |
|---|---|

☼ 6:00 AM - 10:00 PM   ■ Urgent low < 55   ■ Low 55 - 70   ■ In range 70 - 180   ■ High > 180
☾ 10:00 PM - 6:00 AM   ■ Urgent low < 55   ■ Low 55 - 80   ■ In range 80 - 150   ■ High > 150

### ⊙ Hourly Statistics

| | 12am-1am | 1am-2am | 2am-3am | 3am-4am | 4am-5am | 5am-6am | 6am-7am | 7am-8am | 8am-9am | 9am-10am | 10am-11am | 11am-12pm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **% High** | 43 | 36 | 35 | 32 | 29 | 24 | 15 | 15 | 17 | 28 | 29 | 38 |
| **% In Range** | 45 | 50 | 54 | 52 | 55 | 68 | 81 | 80 | 81 | 70 | 68 | 62 |
| **% Low** | 11 | 14 | 11 | 13 | 16 | 7 | 3 | 4 | 2 | 2 | 2 | 0 |
| **% Urgent Low** | 1 | 0 | 0 | 2 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| **# Readings** | 684 | 697 | 663 | 674 | 706 | 705 | 692 | 688 | 657 | 683 | 684 | 710 |
| **Min** | 39 | 52 | 55 | 39 | 57 | 45 | 52 | 51 | 59 | 56 | 51 | 78 |
| **Max** | 286 | 341 | 343 | 391 | 396 | 401 | 375 | 348 | 341 | 316 | 287 | 271 |
| **Mean** | 145 | 143 | 143 | 139 | 136 | 138 | 132 | 130 | 142 | 152 | 157 | 165 |
| **Std. Dev.** | 56 | 63 | 67 | 71 | 71 | 73 | 71 | 70 | 64 | 59 | 53 | 46 |
| **Quartile 25** | 103 | 97 | 91 | 87 | 86 | 93 | 87 | 86 | 96 | 108 | 118 | 130 |
| **Median** | 134 | 125 | 116 | 108 | 111 | 113 | 111 | 108 | 127 | 143 | 151 | 165 |
| **Quartile 75** | 175 | 185 | 184 | 170 | 157 | 149 | 144 | 140 | 162 | 184 | 190 | 197 |
| **IQR** | 72 | 88 | 93 | 83 | 71 | 56 | 57 | 54 | 66 | 76 | 72 | 66 |
| **IQ Std. Dev.** | 23 | 25 | 28 | 24 | 20 | 15 | 16 | 15 | 16 | 22 | 20 | 20 |
| **SD Mean** | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 |
| **%CV** | 39 | 44 | 47 | 51 | 52 | 52 | 54 | 54 | 45 | 39 | 34 | 28 |

### ⊙ Hourly Statistics

| | 12pm-1pm | 1pm-2pm | 2pm-3pm | 3pm-4pm | 4pm-5pm | 5pm-6pm | 6pm-7pm | 7pm-8pm | 8pm-9pm | 9pm-10pm | 10pm-11pm | 11pm-12am |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **% High** | 39 | 32 | 33 | 32 | 36 | 43 | 38 | 40 | 39 | 36 | 50 | 48 |
| **% In Range** | 60 | 66 | 64 | 67 | 62 | 54 | 59 | 58 | 59 | 63 | 47 | 46 |
| **% Low** | 1 | 2 | 1 | 1 | 2 | 3 | 1 | 2 | 2 | 1 | 3 | 6 |
| **% Urgent Low** | 0 | 0 | 1 | 0 | 1 | 0 | 2 | 0 | 0 | 1 | 1 | 0 |
| **# Readings** | 722 | 701 | 723 | 736 | 733 | 732 | 721 | 710 | 685 | 698 | 693 | 684 |
| **Min** | 62 | 52 | 45 | 64 | 44 | 59 | 49 | 55 | 44 | 53 | 53 | 43 |
| **Max** | 328 | 362 | 367 | 336 | 296 | 329 | 342 | 401 | 392 | 303 | 321 | 301 |
| **Mean** | 168 | 164 | 163 | 166 | 164 | 168 | 165 | 169 | 169 | 163 | 158 | 152 |
| **Std. Dev.** | 47 | 50 | 54 | 55 | 57 | 57 | 56 | 57 | 61 | 57 | 52 | 52 |
| **Quartile 25** | 140 | 134 | 127 | 127 | 125 | 127 | 124 | 128 | 125 | 118 | 122 | 111 |
| **Median** | 168 | 157 | 158 | 162 | 156 | 165 | 157 | 165 | 158 | 152 | 149 | 145 |
| **Quartile 75** | 201 | 194 | 191 | 197 | 208 | 211 | 201 | 205 | 206 | 201 | 193 | 195 |
| **IQR** | 61 | 60 | 64 | 70 | 82 | 85 | 76 | 77 | 81 | 83 | 71 | 84 |
| **IQ Std. Dev.** | 16 | 16 | 17 | 19 | 23 | 26 | 23 | 20 | 24 | 24 | 18 | 25 |
| **SD Mean** | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **%CV** | 28 | 30 | 33 | 33 | 35 | 34 | 34 | 34 | 36 | 35 | 33 | 34 |

⬆ Data uploaded: Sun, Nov 10, 2019 3:36 PM EST          00386270000491 • Dexcom CLARITY v3.24.2 • PN 350-0011 • DOM 2019-11-08          Page 40 of 40

Dexcom and Dexcom CLARITY are registered trademarks of Dexcom, Inc. in the US and may be registered in other countries.