UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JULIE TUTTLE, individually and on behalf of the ESTATE OF MICHAEL PAUL TUTTLE,** | : <br> : <br> : CASE NO. 1:20-cv-04744-VMC <br> : |
| **Plaintiff,** | : <br> : |
| | : JUDGE VICTORIA M. CALVERT |
| **v.** | : <br> : |
| **DEXCOM, INC.,** | : <br> : |
| **Defendant.** | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Julie Tuttle, individually and on behalf of the Estate of Michael Paul Tuttle, and defendant Dexcom, Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its attorneys' fees and costs.

Dated: January 24, 2024                        Respectfully submitted,

/s/ Robert M. Hammers, Jr.                     /s/ Paul J. Cosgrove
Jonathan D. Orent (*pro hac vice*)             Paul J. Cosgrove (*pro hac vice*)
Michael G. Rousseau (*pro hac vice*)           Mary Lynn Tate (*pro hac vice*)
Dennis A. Costigan (*pro hac vice*)            Kevin M. Bandy (*pro hac vice*)
Christina M. Behm (*pro hac vice*)             ULMER & BERNE LLP
MOTLEY RICE LLC                                312 Walnut Street, Suite 1400
40 Westminster St., 5th Floor                  Cincinnati, OH 45202
Providence, RI 02903                           Telephone: 513-698-0000
Telephone: 401-457-7700                        Email: pcosgrove@ulmer.com
Email: jorent@motleyrice.com                   Email: mtate@ulmer.com
Email: mrousseau@motleyrice.com                Email: kbandy@ulmer.com
Email: dcostigan@motleyrice.com
Email: cbehm@motleyrice.com                    Joshua A. Klarfeld (*pro hac vice*)
                                               Georgia Hatzis (*pro hac vice*)
Grace P. Chandler (*pro hac vice*)             ULMER & BERNE LLP
Ridge Mazingo (*pro hac vice*)                 1660 West 2nd Street, Suite 1100
Roger M. Young, Jr. (*pro hac vice*)           Cleveland, OH 44113
MOTLEY RICE LLC                                Telephone: 216-583-7000
28 Bridgeside Blvd.                            Email: jklarfeld@ulmer.com
Mount Pleasant, SC 29464                       Email: ghatzis@ulmer.com
Telephone: 843-216-9000
Email: gchandler@motleyrice.com                Paul E. Weathington
Email: rmazingo@motleyrice.com                 Erin Coia
Email: hyoung@motleyrice.com                   WEATHINGTON, LLC
                                               191 Peachtree St., N.E. Ste. 3900
Michael J. Pendell (*pro hac vice*)            Atlanta, GA 30303
Jessica C. Colombo (*pro hac vice*)            Tel: (404) 524-1600
MOTLEY RICE LLC                                Email: pweathington@weathington.com
One Corporate Center                           Email: ecoia@weathington.com
20 Church St., 17th Fl.
Hartford, CT 06103                             ***Attorneys for Dexcom, Inc.***
Telephone: 860-882-1681
Email: mpendell@motleyrice.com
Email: jcolombo@motleyrice.com

Natalie S. Woodward
Michael J. Warshauer
WARSHAUER WOODWARD ATKINS, LLC
2740 Bert Adams Road
Atlanta, GA 30309
Telephone: 404-892-4900
Email: natalie@warlawgroup.com
Email: mjw@warlawgroup.com

Robert M. Hammers, Jr.
HAMMERS LAW FIRM
5555 Glenridge Connector, Suite 975
Atlanta, GA 30342
Telephone: (770) 900-9000
Email: rob@hammerslawfirm.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Paul J. Cosgrove*
Paul J. Cosgrove